| FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1997 | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 4, 101-112) |
|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* Buttram, Horace Dean, Jr. | 2. Court or Organization U. S. District Court, Northern District of Alabama | 3. Date of Report 8/31/98 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U. S. District Judge Nominee | 5. ReportType (check appropriate type) _X_ Nomination, Date _____ ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/97 thru 8/31/98 |
|---|---|---|

| 7. Chambers or Office Address Post Office Drawer 603 440 West Main Street Centre, Alabama 35960 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 President, Secretary & Director | H. Dean Buttram, Jr. & Associates, P.C. |
| 2 Director | Nettie King Brown Clearing House |
| 3 Director | Cherokee County Substance Abuse Council |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 1993 | H. Dean Buttram, Jr., Attorney SEP/IRA's |
| 2 1996 | H. Dean Buttram, Jr. & Associates, P.C. SEP/IRA |
| 3 1996 & 1998 | Potential contingent fee to be received at the end of litigation in no more than ten cases based on a fixed percentage |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 1996 | City of Centre, Alabama - Salary as Municipal Judge | $ 9,380 |
| 2 1996 | H. Dean Buttram, Jr. & Associates, P.C. - Salary | $ 130,544 |
| 3 1998 | Net Income from Law Practice prior to P.C. formation | $ 220,838 |
| 4 1997 | City of Centre, Alabama - Salary as Municipal Judge | $ 10,752 |
| 5 1997 | H. Dean Buttram, Jr. & Associates, P.C. - Salary | $ 268,130 |

Digitized by Google

| AO-10 Rev. 1/98 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1997 | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 4, 101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION                                  NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions.)

1 _____   _____

2 _____   _____

3 _____   _____

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE                                      PARTIES AND TERMS

[ ] NONE (No reportable agreements.)

1 _____   _____

2 _____   _____

3 _____   _____

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

DATE                SOURCE AND TYPE                          GROSS INCOME
                                                             (yours, not spouse's)

[ ] NONE (No reportable non-investment income.)

| 1 | | |
|---|---|---|
| 1/1-8/31, 1998 | City of Centre, Al - Salary as Municipal Judge | $ 7,000 |
| 2 | | |
| 1/1-8/31, 1998 | H. Dean Buttram, Jr. & Associates, P.C. - Salary | $ 158,000 |
| 3 | | |
| 1998 | (S) City of Gadsden Board of Education - Salary | $ |
| 4 | | |
| 1998 | (S) Gadsden Regional Medical Center - Speech Therapy Fees | $ |
| 5 | | |
| 1998 | (S) Al Teachers Retirement - Beneficiary's Pension | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>H. Dean Buttram, Jr. | Date of Report<br>August 31, 1998 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

(a)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy; sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| Mutual Funds | | | | | | | | | |
| 1 Berger 100 | B | Div | J | T | | | | | |
| 2 Berger Growth & Income | A | Div | J | T | | | | | |
| 3 Berger Small Company | A | Div | J | T | | | | | |
| 4 CGM Mutual | A | Div | J | T | | | | | |
| 5 CGM Realty | A | Div | J | T | | | | | |
| 6 Janus Worldwide | A | Div | J | T | | | | | |
| 7 Kaufman | A | Div | J | T | | | | | |
| 8 Linder Dividend | A | Div | J | T | | | | | |
| 9 Mutual Qualified | A | Div | J | T | | | | | |
| 10 Davis NY Venture | A | Div | J | T | | | | | |
| 11 Openheimer MSIG | A | Div | J | T | | | | | |
| 12 Putnam New Op | A | Div | J | T | | | | | |
| 13 Robertson-Stephens V & G | B | Div | J | T | | | | | |
| 14 Selected American Shares | A | Div | J | T | | | | | |
| 15 So-Gen International | A | Div | J | T | | | | | |
| 16 T. Rowe Price Sci & Tech | A | Div | J | T | | | | | |
| 17 Von Wagoner Mid Cap | A | Div | J | T | | | | | |
| 18 Von Wagoner Micro Cap | A | Div | J | T | | | | | |

| 1. | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>H. Dean Buttram, Jr. | Date of Report<br>August 31, 1998 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

(b)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Warburg Pincas G & I | A | Div | J | T | | | | | |
| 2 Warburg Pincas Int | A | Div | J | T | | | | | |
| 3 Amsouth Bank Common | A | Div | J | T | | | | | |
| *Common Stocks* | | | | | | | | | |
| 4 AT&T Common | A | Div | K | T | | | | | |
| 5 Bell Atlantic Common | A | Div | J | T | | | | | |
| 6 BellSouth Common | A | Div | K | T | | | | | |
| 7 Bristol-Myers-Squibb | A | Div | K | T | | | | | |
| 8 CIFRA Common | B | Div | K | T | | | | | |
| 9 Citizens Utilities Common | A | Div | J | T | | | | | |
| 10 Colorox Common | A | Div | K | T | | | | | |
| 11 Coca-Cola Common | A | Div | J | T | | | | | |
| 12 Compass Bank | A | Div | J | T | | | | | |
| 13 Emerson Electronics Common | A | Div | J | T | | | | | |
| 14 General Electric Common | A | Div | J | T | | | | | |
| 15 Gillette Common | A | Div | J | T | | | | | |
| 16 IBM Common | A | Div | K | T | | | | | |
| 17 Intel Common | A | Div | K | T | | | | | |
| 18 Lucent Technology | A | Div | J | T | | | | | |

| 1. | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | H. Dean Buttram, Jr. | August 31, 1998 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*
(c)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 McDonald's Common | A | Div | J | T | | | | | |
| 2 Merck Common | A | Div | K | T | | | | | |
| 3 Microsoft Common | A | Div | K | T | | | | | |
| 4 Monsanto Common | A | Div | J | T | | | | | |
| 5 Netscape Common | A | Div | J | T | | | | | |
| 6 Regions Financial Common | A | Div | J | T | | | | | |
| 7 SBC Common | A | Div | J | T | | | | | |
| 8 Solutia Common | A | Div | J | T | | | | | |
| 9 Southern Company Common | A | Div | J | T | | | | | |
| 10 Southtrust Corporation Cm | A | Div | J | T | | | | | |
| 11 Sun Microsystems Common | A | Div | J | T | | | | | |
| 12 Wal-Mart Common | A | Div | K | T | | | | | |
| 13 H. Dean Buttram, Jr. & Associates, P.C. Common | | | J | U | | | | | |
| 14 Al HSG Fin Auth 7.45% Municipal Bonds due 10/1710 | A | Int | J | T | | | | | |
| 15 Al Judicial Bldg Auth 7.3% Zero due 1/1/08 | B | Int | K | T | | | | | |
| 16 Al Bldg Renovation Fin Auth 7.2% due 9/1/02 | A | Int | J | T | | | | | |
| 17 Al State Docks 7.5% due 10/1/08 | A | Int | J | T | | | | | |
| 18 Al State Docks 7.6% due 10/1/12 | B | Int | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>H. Dean Buttram, Jr. | Date of Report<br>August 31, 1998 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of* (d)*spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse," "(S)" for separate ownership by spouse," "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt Code1 (A-H) | (2)<br>Type (e.g. div, rent or int.) | (1)<br>Value Code2 (J-P) | (2)<br>Value Method Code3 (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month, Day | (3)<br>Value Code2 (J-P) | (4)<br>Gain Code1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Bham-Jeff Civic Ctr 5.5% due 9/1/14 | A | Int | J | T | | | | | |
| 2 Al State Docks Zero 7.75% due 10/1/10 | C | Int | K | T | | | | | |
| 3 Al State GO Zero 7.4% due 3/1/04 | C | Int | K | T | | | | | |
| 4 Al State Bd of Ed 6.0% due 10/1/14 | A | Int | J | T | | | | | |
| 5 Al Water Pollution Auth 6.25% due 8/15/14 | A | Int | J | T | | | | | |
| 6 Al Water Pollution Auth 6.5% due 8/15/07 | A | Int | J | T | | | | | |
| 7 Auburn U Hsg & Dining 5.25% due 6/1/12 | A | Int | J | T | | | | | |
| 8 Bham Baptist Med Ctr 7.0% due 1/1/21 | B | Int | J | T | | | | | |
| 9 Bham Baptist Med Ctr 6.0% due 11/15/24 | A | Int | J | T | | | | | |
| 10 Bham Carraway 5.875% due 8/15/25 | A | Int | J | T | | | | | |
| 11 Cherokee County Healthcare 6.0% due 7/1/08 | A | Int | J | T | | | | | |
| 12 Cherokee County Water 5.8% due 5/7/17 | A | Int | J | T | | | | | |
| 13 Chilton County Water 5.5% due 4/1/21 | A | Int | J | T | | | | | |
| 14 Columbia, Al IDB 6.5% due 9/1/23 | A | Int | J | T | | | | | |
| 15 DCH Healthcare 6.0% due 6/1/21 | A | Int | J | T | | | | | |
| 16 Elmore County Water 7% due 7/1/17 | B | Int | J | T | | | | | |
| 17 Gadsden, Al Hospital 6.9% due 7/1/07 | A | Int | J | T | | | | | |
| 18 Hoover, Al BOE 6.625% due 2/1/12 | A | Int | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>H. Dean Buttram, Jr. | Date of Report<br>August 31, 1998 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of (e) spouse and dependent children. See pp. 36-54 of Instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | Hoover, Al BOE 6.2% due 2/15/19 | B | Int | K | | | | | | |
| 2 | Hoover, Al BOD 6.7% due 2/1/16 | A | Int | J | | | | | | |
| 3 | Huntsville HCH 6.375% due 6/1/22 | B | Int | J | | | | | | |
| 4 | Lauderdale County 6.0% due 7/1/21 | A | Int | J | | | | | | |
| 5 | Mobile Water & Sewer 5% due 1/1/09 | A | Int | J | | | | | | |
| 6 | Mountain Brook BOE Zero due 2/1/13 | A | Int | J | | | | | | |
| 7 | Russell County Water 6.25% due 4/1/20 | A | Int | J | | | | | | |
| 8 | UAB Hospital 5.5% due 10/1/10 | A | Int | J | | | | | | |
| 9 | Univ of South Al 6.0% due 11/15/09 | A | Int | J | | | | | | |
| 10 | West Jeff IDB 6.05% due 5/1/23 | B | Int | J | | | | | | |
| 11 | Wilsonville, Al Pollution Control 5.5% due 1/1/24 | A | Int | J | | | | | | |
| 12 | Wilsonville, Al IDB 6.75% due 7/1/28 | B | Int | J | | | | | | |
| 13 | Annuities Annuity with Fidelity | C | Div | K | | | | | | |
| 14 | Metropolitan Life Ins Annuity | B | Div | K | | | | | | |
| 15 | Cash Value Life Insurance Travelers Life Cash Value | B | Int | K | | | | | | |
| 16 | Met Life Cash Value | A | Int | J | | | | | | |
| 17 | New England Life Cash Value | C | Int | J | | | | | | |
| 18 | Bank Accounts Union State Bank Checking | None | | J | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>H. Dean Buttram, Jr. | Date of Report<br>August 31, 1998 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of
(f) spouse and dependent children. See pp. 36-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g. div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | | |
| 1 Attorney's office & lot West Main, Centre, Al | None | | M | W | | | | | | |
| 2 211 Acre Farm, Lookout Mountain, Al | A | rents | N | W | | | | | | |
| 3 A 1/2 interest in 162 acres on Lookout Mountain | None | | N | W | | | | | | |
| 4 A 1/2 interest in 3.14 acres commercial real estate | None | | L | W | | | | | | |
| 5 Centre, Al 1/3 interest lot, Centre | None | | K | W | | | | | | |
| 6 1/3 interest in 18 acres Centre, Al | None | | M | W | | | | | | |
| 7 Real Estate Mortgage Garris 8.0% due 12/1/02 | A | Int | J | T | | | | | | |
| 8 (S) IRA Merrill Lynch Cust Washington Mutual Fund | B | Div | J | T | | | | | | |
| 9 (S) Jefferson County Sewer Rev Bond 5.65% 9/1/08 | A | Int | J | T | | | | | | |
| 10 (S)Retirement System of Al 403-B | B | Int | J | T | | | | | | |
| 11 Bank Accounts Regions Bank - CD | B | Int | K | T | | | | | | |
| 12 Farmers & Merchants- SVG | A | Int | J | T | | | | | | |
| 13 Union State Bank - CD | A | Int | J | T | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | H. Dean Buttram, Jr. | August 31, 1998 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of* (g) *spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or Int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  IRA - A. G. Edwards Custodian U. S. Treasury Zero Coupon notes | D | Int | L | T | | | | | |
| 2  Washington Mutual Fund | A | Div | J | T | | | | | |
| 3  McDonald's Common Stock | A | Div | J | T | | | | | |
| 4  Wal-Mart Common Stock | A | Div | J | T | | | | | |
| 5  FT DJIA Target 5 Trust Series 228 | A | Div | J | T | | | | | |
| 6  Berger Mutual Fund Custodian IRA | A | Div | J | T | | | | | |
| 7  CGM Mutual Fund Custodian IRA | A | Div | J | T | | | | | |
| 8  Fidelity Investment Cust IRA - Fidelity Mutual Fund | A | Div | J | T | | | | | |
| 9  H. DEAN BUTTRAM, JR PC SEP U. S. Treasury Zeros | A | Int | J | T | | | | | |
| 10 Davis Financial Mutual Fund | A | Div | J | T | | | | | |
| 11 Davis NY Venture Mutual Fund | A | Div | J | T | | | | | |
| 12 Fidelity Latin Am Mutual Fund | A | Div | J | T | | | | | |
| 13 Fidelity Select Financial Mutual Fund | A | Div | J | T | | | | | |
| 14 Fidelity Select Regional Banks Mutual Fund | A | Div | J | T | | | | | |
| 15 Fidelity Select Home Finance Mutual Fund | A | Div | J | T | | | | | |
| 16 Fidelity Select Electronic Mutual Fund | A | Div | J | T | | | | | |
| 17 Seligman Com & Info Mutual Fund | A | Div | J | T | | | | | |
| 18 Templeton Latin Am Mutual Fund | A | Div | J | T | | | | | |

1  Income/Gain Codes: (See Col. B1, D4)  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2  Value Codes: (See Col. C1, D3)  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3  Value Method Codes: (See Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | H. Dean Buttram, Jr. | August 31, 1998 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of*
(h) *spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets). Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | | |
| 1 H. DEAN BUTTRAM, JR., PC, SEP – REGIONS BANK CUSTODIAN | | | | | | | | | | |
| Am Home Products Common | A | Div | J | T | | | | | | |
| 2 Clorox Co Common Stock | A | Div | J | T | | | | | | |
| 3 Pfizer Inc. Common | A | Div | J | T | | | | | | |
| 4 Templeton Russia Fd | A | Div | J | T | | | | | | |
| 5 Warner Lamber Co Common | A | Div | J | T | | | | | | |
| 6 H. DEAN BUTTRAM, JR, SEP/IRA – REGIONS BANK CUSTODIAN | | | | | | | | | | |
| U. S. Treasury Zeros | D | Int | L | T | | | | | | |
| 7 AIM Constellation Fund | A | Div | J | T | | | | | | |
| 8 AIM WeingartenFund | A | Div | J | T | | | | | | |
| 9 Davis NY Venture | A | Div | J | T | | | | | | |
| 10 Fidelity Contrafund | A | Div | K | T | | | | | | |
| 11 Fidelity Magellan | A | Div | J | T | | | | | | |
| 12 Fidelity Select Health Care | A | Div | J | T | | | | | | |
| 13 Fidelity Select Paper & Forrest | A | Div | J | T | | | | | | |
| 14 Fidelity Select Telecommunications | A | Div | J | T | | | | | | |
| 15 Fidelity Select Electronics | A | Div | J | T | | | | | | |
| 16 Fidelity Select Computer | A | Div | J | T | | | | | | |
| 17 John Hancock Special Equities | A | Div | J | T | | | | | | |
| 18 Seligman Comm & Info Fund | A | Div | J | T | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,000-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>H. Dean Buttram, Jr. | Date of Report<br>August 31, 1998 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of*
(i) *spouse and dependent children. See pp. 36-54 of Instructions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>*Indicate, where applicable, owner of the asset by listing the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting periods | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | H. DEAN BUTTRAM, JR., SEP/IRA - REGIONS BANK CUSTODIAN<br>Vista Growth & Income Fund. A | A | Div | J | T | | | | | |
| 2 | Amsouth Bancorp Common | A | Div | J | T | | | | | |
| 3 | AT&T Corp Common | A | Div | J | T | | | | | |
| 4 | CIFRA SA Class V | A | Div | J | T | | | | | |
| 5 | Coca Cola Common | A | Div | J | T | | | | | |
| 6 | Johnson & Johnson Common | A | Div | J | T | | | | | |
| 7 | Lucent Technologies Common | A | Div | J | T | | | | | |
| 8 | NCR Corp | none | | J | T | | | | | |
| 9 | Wal-Mart Common | A | Div | J | T | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |

| 1. | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | H. Dean Buttram, Jr. | August 31, 1998 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | [x] NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | [x] NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; indicate, where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | [ ] NONE (No reportable liabilities.) | | |
| 2 | Regions Bank | Open Signature Loan | K |
| 3 | Nathan Pearson, David Pearson, and Forrest Pearson | Real Estate Mortgage owed jointly on 162 acres on Lookout Mt, Al | M |
| 3 | Rebecca Jean Pritchett | Real Estate Mortgage on 7 acres | K |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,000-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Horace Dean Buttram, Jr. | Date of Report<br>8/31/98 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date **August 31, 1998**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Digitized by Google

**260**

**LYONS & MORGAN, P.C.**
Certified Public Accountants
105 MAE STREET • CENTRE, ALABAMA 35960
WALLACE E. LYONS, CPA
DAVID L. MORGAN, CPA
OFFICE (205) 927-5431
FAX (205) 927-8517
**MEMBERS**
ALABAMA SOCIETY OF CPAs
AMERICAN INSTITUTE OF CPAs

Mr. H. Dean Buttram, Jr.
Centre, Alabama

We have compiled the accompanying statement of net worth of
H. Dean Buttram, Jr. as of August 31, 1998, included in the
accompanying prescribed form in accordance with Statements on
Standards for Accounting and Review Services issued by the
American Institute of Certified Public Accountants. We also have
compiled the supplementary information presented in the prescribed
form.

Our compilation was limited to presenting in the form prescribed
by the United States Senate Judiciary Committee information that
is the representation of the individual whose financial statement
is presented. We have not audited or reviewed the financial
statement and supplementary information referred to above and,
accordingly, do not express an opinion or any other form of
assurance on them.

The financial statement and the supplementary information are
presented in accordance with the requirements of the United States
Senate Judiciary Committee, which differ from generally accepted
accounting principles. Accordingly, this financial statement and
the supplementary information are not designed for those who are
not informed about such differences.

This financial statement is intended to present the assets of H.
Dean Buttram, Jr. at estimated current values and his liabilities
at estimated current amounts.

*Lyons and Morgan*

Lyons & Morgan, P.C.
September 1, 1998

Digitized by Google

**FINANCIAL STATEMENT**

**NET WORTH**
H. Dean Buttram, Jr.

August 31, 1998

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 31, | 600 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured Regions Bank, Centre, AL | 44, | 000 |
| Listed securities—add schedule | 805, | 360 | Notes payable to relatives | | |
| Unlisted securities—add schedule | 1, | 000 | Notes payable to others | | |
| Accounts and notes receivable | | | Accounts and bills due | | |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule | 177, | 857 |
| Real estate owned—add schedule | 1,735, | 000 | Chattel mortgage and other liens payable | | |
| Real estate mortgages receivable | 13, | 750 | Other debts—itemize | | |
| Autos and other personal property | 124, | 000 | Travelers Bank Master Card | 4, | 000 |
| Cash value—life insurance | 62, | 572 | | | |
| Other assets—itemize | | | | | |
| Annuities | 69, | 604 | | e | |
| IRAs and SEPs (Schedule attached) | 311, | 959 | | | |
| | | | Total liabilities | 225, | 857 |
| | | | Net Worth | 2,928, | 988 |
| Total Assets | 3,154, | 845 | Total liabilities and net worth | 3,154, | 845 |
| **CONTINGENT LIABILITIES** | | | **GENERAL INFORMATION** | | |
| As endorser, comaker or guarantor See Schedule | 159, | 857 | Are any assets pledged? (Add schedule.) No | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? No | | |
| Legal Claims | | | Have you ever taken bankruptcy? No | | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |

H. DEAN BUTTRAM, JR.
STATEMENT OF FINANCIAL NET WORTH
AUGUST 31, 1998
SUPPORTING SCHEDULES (Page 1)


## LISTED SECURITIES

**Mutual Funds**

| | |
|---|---:|
| Berger 100 | 3,376 |
| Berger G&I | 888 |
| Berger Small Company | 1,353 |
| CGM Mutual | 4,428 |
| CGM Realty | 2,611 |
| Janus Worldwide | 2,666 |
| Kaufman | 1,737 |
| Lindner Dividend | 2,837 |
| Mutual Qualified | 4,582 |
| Davis NY Venture | 3,469 |
| Openheimer MSIG | 1,918 |
| Putnam New OP/A | 2,860 |
| Robertson-Stephens Value & Growth | 5,958 |
| Selected American Shares | 1,054 |
| So-Gen International | 800 |
| T. Rowe Price Sci & Tech | 4,843 |
| Von Wagoner Mid Cap | 735 |
| Von Wagoner Micro Cap | 717 |
| Warburg Pincas G&I | 1,397 |
| Warburg Pincas International | 2,624 |
| **Total Mutual Funds** | **50,853** |


**Common Stocks**

| | |
|---|---:|
| 223.38 Shares AmSouth | 7,679 |
| 316.32 Shares AT&T | 15,856 |
| 310 Shares Bell Atlantic | 13,680 |
| 324.48 Shares BellSouth | 22,247 |
| 371.9 Shares Bristol-Myers-Squibb | 36,400 |
| 2,539 Shares CIFRA | 28,564 |
| 397.49 Shares Citizens Utilities | 2,931 |
| 119.29 Shares Clorox | 11,504 |
| 694.41 Shares Coca-Cola | 45,223 |
| 169 Shares Compass Bank | 5,577 |
| 196.4 Shares Emerson Electronics | 11,195 |
| 165.72 Shares General Electric | 13,258 |
| 149.85 Shares Gillette | 12,325 |
| 144.24 Shares IBM | 16,245 |
| 272.82 Shares Intel | 19,421 |

See Accountants' Compilation Report.

Digitized by Google

H. DEAN BUTTRAM, JR.
STATEMENT OF FINANCIAL NET WORTH
AUGUST 31, 1998
SUPPORTING SCHEDULES (Page 2)

LISTED SECURITIES

Common Stocks (Continued)

| | |
|---|---:|
| 107.73 Shares Lucent Technology | 7,635 |
| 149.45 Shares McDonald's | 8,425 |
| 189.64 Shares Merck | 21,980 |
| 400 Shares Microsoft | 38,360 |
| 100.50 Shares Monsanto | 5,528 |
| 200 Shares Netscape | 3,600 |
| 164.51 Shares Regions Financial | 5,696 |
| 255.16 Shares SBC | 9,721 |
| 20 Shares Solutia | 450 |
| 352.62 Shares Southern Company | 9,917 |
| 417.43 Shares SouthTrust Corporation | 13,514 |
| 100 Shares Sun Microsystems | 3,962 |
| 454.47 Shares Wal-Mart | 26,814 |
| **Total Common Stocks** | **417,707** |

Municipal Bonds

| | |
|---|---:|
| State of Alabama Source Bonds | 336,800 |
| **Total Municipal Bonds** | **336,800** |

| | |
|---|---:|
| TOTAL LISTED SECURITIES | 805,360 |

UNLISTED SECURITIES

| | |
|---|---:|
| 100 Shares H. Dean Buttram, Jr. & Associates, P.C. | 1,000 |
| TOTAL UNLISTED SECURITIES | 1,000 |

See Accountants' Compilation Report.

Digitized by Google

H. DEAN BUTTRAM, JR.
STATEMENT OF FINANCIAL NET WORTH
AUGUST 31, 1998
SUPPORTING SCHEDULES (Page 3)


REAL ESTATE OWNED


| | |
|---|---:|
| Personal residence and 4 waterfront lots on County Road 61, Centre, Al | 370,000 |
| Office and lot, West Main Street, Centre, Al | 200,000 |
| 10 lots in J. B. Burkhalter Subdivision #2, and approximately 3 unimproved acres adjacent thereto, County Road 61, Centre, Al | 75,000 |
| 211 acre farm on Lookout Mountain near Sand Rock, Al | 422,000 |
| 1.25 Acre recreational lot on Weiss Lake | 20,000 |
| 4 lots on the brow of Lookout Mountain near Sand Rock, Al | 40,000 |
| An undivided 1/2 interest in a 162 acre tract on the brow of Lookout Mountain owned with Charles Mauney, a Fort Payne, Al attorney | 400,000 |
| An undivided 1/2 interest in 3.14 acres of commercial property on Highway 411 West, Centre, Al owned with J. Wayne O'Neal, a Centre, Al realtor | 60,000 |
| An undivided 1/3 interest in a commercial lot in front of the Piggly Wiggly Shopping Center on Highway 411 West, Centre, Al owned with Bill Turner, a Centre, Al grocer and businessman and J. Kevin Grimes, a Centre, Al attorney | 20,000 |
| An undivided 1/3 interest in 18 acres of commercial property at the corner of Chestnut By Pass and King Street, Centre, Al owned with W. A. Ellis, III, a Centre, Al agribusinessman and Eric Ellis, a Centre, Al businessman | 108,000 |
| A remainder 2/3 interest in a residence in Piedmont, Al.  The life estate is owned by Hattie Rappe, grandmother, and the 1/3 remainder interest by David Buttram, brother. | 20,000 |


TOTAL REAL ESTATE OWNED                                   1,735,000

See Accountants' Compilation Report.

Digitized by Google

H. DEAN BUTTRAM, JR.
STATEMENT OF FINANCIAL NET WORTH
AUGUST 31, 1998
SUPPORTING SCHEDULES (Page 4)


## RETIREMENT PLANS

| | |
|---|---:|
| A. G. Edwards Custodian of IRA | 80,255 |
| Regions Bank Custodian of H. Dean Buttram, Jr. SEP | 180,000 |
| Regions Bank Custodian of H. Dean Buttram, Jr. & Associates, P.C. SEP | 43,000 |
| Berger Mutual Fund custodian of IRA | 1,492 |
| CGM Mutual Fund custodian of IRA | 1,412 |
| Fidelity Investments custodian of IRA | 5,800 |
| **TOTAL RETIREMENT PLANS** | **311,959** |


## REAL ESTATE MORTGAGE PAYABLE

| | |
|---|---:|
| Mortgage and promissory note of $35,000 to Rebecca Jean Pritchett dated April 1, 1998, due April 1, 1999, together with interest at 8%. Collateral is 7 acres of unimproved real estate. | 35,000 |
| 1/2 of $400,000 mortgage dated March 5, 1996, owed jointly with Charles Mauney to Nathan Pearson, David Pearson, and Forrest Pearson, payable in 14 semiannual installments of $28,571.42 principal with interest of 8% added. Collateral is 162 acres of Lookout Mountain Brow property. | 142,857 |
| **TOTAL REAL ESTATE MORTGAGES PAYABLE** | **177,857** |


See Accountants' Compilation Report.

Digitized by Google

H. DEAN BUTTRAM, JR.
STATEMENT OF FINANCIAL NET WORTH
AUGUST 31, 1998
SUPPORTING SCHEDULES (Page 5)

CONTINGENT LIABILITIES

| | |
|---|---|
| Joint liability on real estate mortgage | 142,857 |
| Guarantor to Farmers & Merchants Bank, Centre, Al on note for Thomas J. Miller | 2,100 |
| Guarantor to Spencer Realty on an apartment lease for George King, III | 14,400 |
| TOTAL CONTINGENT LIABILITIES | 159,357 |

See Accountants' Compilation Report.

Digitized by Google